**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 16 WAL 2024
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
VICTOR FULTON COLLINS JR., :
:
Petitioner :

## ORDER

**PER CURIAM**

 **AND NOW**, this 9th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.

 Justice McCaffery did not participate in the consideration or decision of this matter.